1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BILL HATCH,

　　　　　　　Plaintiff,

　　　　v.

COUNTY OF RIVERSIDE, et al.,

　　　　　　　Defendants.

Case No. EDCV 08-1074 ODW(JC)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action based upon plaintiff's failure to prosecute.

///
///
///
///
///

1

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on plaintiff and on counsel for defendants.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  October 22, 2009        _____

7                                 HONORABLE OTIS D. WRIGHT, II
                                  UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28