UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL HATCH,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>                    Defendants. | Case No. EDCV 08-1074 ODW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: October 22, 2009

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE